# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3963

_____

David Williams,                                    *
                                                   *
            Appellant,                             *
                                                   *
    v.                                             *
                                                   *
Kay Brodnax, Health Service                        *
Administrator; Laura McCarty,                      *
CMS Grievance Responder, Varner       *   Appeal from the United States
Unit, ADC; Nurse Wyckosf; Dr.         *   District Court for the
Patricia Kelly; Connie Hubbard, ANP,  *   Eastern District of Arkansas.
Varner Unit, ADC; Paul Torrez, CMS    *
Regional Administrator; Arthur        *   [UNPUBLISHED]
Culpepper, CMS Ombudsman;             *
Correctional Medical Services,        *
                                                   *
            Appellees,                             *
                                                   *
Larry Norris, Director, Arkansas                   *
Department of Correction; Max                      *
Mobley, Deputy Director, Arkansas                  *
Department of Correction; Ray Hobbs,  *
Chief Deputy Director, ADC; Rick      *
Toney, Warden, Pine Bluff Unit, ADC;  *
Grant Harris, Warden, Varner Unit,    *
ADC,                                               *
                                                   *
            Defendants.                            *

_____

Submitted: December 19, 2007
Filed: December 26, 2007

_____

Before BYE, RILEY and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate David Williams appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Based upon our consideration of Williams's arguments for reversal and our de novo review of the record, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we find that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Williams's motion to supplement the record.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.